AO 241 (Rev. 09/17)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: |
|---|---|

| Name (under which you were convicted): Mark Anthony Flores | Docket or Case No.: 2026 MAY -1 P 4: 15 |
|---|---|

| Place of Confinement : Maine State Prison | Prisoner No.: 175949 |
|---|---|

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|

v.

Mark Anthony Flores      Thayer (warden)

The Attorney General of the State of:

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

Penobscot Court
Location: Bangor

(b) Criminal docket or case number (if you know): CR 25-508

2.  (a) Date of the judgment of conviction (if you know): 05/14/2025

(b) Date of sentencing: 05/14/2025

3.  Length of sentence: 22 Months (Twenty two)

4.  In this case, were you convicted on more than one count or of more than one crime?  ☑ Yes   ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case: Eluding an officer. PENOBSCOT Criminal mischief. WALDO

JC BANGOR COURTS
MAR 31 '26 PM1:24

6.  (a) What was your plea? (Check one)

☐ (1) Not guilty      ☐ (3) Nolo contendere (no contest)

☑ (2) Guilty      ☐ (4) Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? Guilty eluding an officer, Criminal Mischief. Not guilty Burglary, Criminal Mischief, Violation of Conditions of release, Improper plates, Burglary, Criminal trespass, Driving to endanger, Operating while license suspended or

(c) If you went to trial, what kind of trial did you have? (Check one) Revoked.

   ☐ Jury  ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

   ☐ Yes  ☑ No

8. Did you appeal from the judgment of conviction?

   ☐ Yes  ☑ No

9. If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised:

_____

_____

_____

_____

(g) Did you seek further review by a higher state court? ☑ Yes ☐ No

If yes, answer the following:

(1) Name of court: Waldo, SS.

(2) Docket or case number (if you know): WALCD-CR-25-554

(3) Result: Order Dismissing Petition For Post-Conviction Review

AO 241 (Rev. 09/17)

(4) Date of result (if you know): 07-31-2025.

(5) Citation to the case (if you know): N/A

(6) Grounds raised: Post Conviction Review. Violation of 8th and 14th Amendments. Additional/enactment (s) provided by the Legislature of legislation.

(h) Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☑ No

    If yes, answer the following:

    (1) Docket or case number (if you know):

    (2) Result:

    (3) Date of result (if you know):

    (4) Citation to the case (if you know):

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?    ☐ Yes    ☑ No

11.    If your answer to Question 10 was "Yes," give the following information:

    (a)    (1) Name of court:

            (2) Docket or case number (if you know):

            (3) Date of filing (if you know):

            (4) Nature of the proceeding:

            (5) Grounds raised:

            (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

            ☑ Yes    ☐ No

            (7) Result: Guilty Finding

AO 241 (Rev. 09/17)

(8) Date of result (if you know): 01-20-2026.

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: Maine State Prison (MSP)

(2) Docket or case number (if you know): MSP-2026-0021.

(3) Date of filing (if you know): 01-20-2026.

(4) Nature of the proceeding: Appealing disciplinary review.

(5) Grounds raised: Witnesses to testify, Summary of testimony, Camra footage, Exhitit (s), and material was not presented when request by Petitoner at the disciplinary hearing. If Material evidence was granted there would have been a different finding... Vacating this Matter.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: Guilty.

(8) Date of result (if you know): 01-20-2026.

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: Decision by Chief Office On Appeal.

(2) Docket or case number (if you know): MSP-2026-0021.

(3) Date of filing (if you know): 01-23-2026.

(4) Nature of the proceeding: Appeal guilty finding.

(5) Grounds raised: Det. Ames report showing reports by Wilmont and Ray are not true, as well Camra footage was not provided showing factual finds in disciplinary report. Government Witness C/o Peart was not provided at hearing.

'17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: Guilty finding.

(8) Date of result (if you know): 01-30-2026,

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☑ Yes   ☐ No

(2) Second petition:   ☑ Yes   ☐ No

(3) Third petition:   ☑ Yes   ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

N|A.

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court.  Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**   (A) Offensive Physical Contact

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

If this charge was legitimate why would not Ray and Wilmont inform C|O Peart about said violation at that time?

(b) If you did not exhaust your state remedies on Ground One, explain why: N|A.

)

rect Appeal of Ground One:

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☑ Yes  ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:  N/A.

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes  ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  MSP.

Docket or case number (if you know):  MSP-2026-0021

Date of the court's decision:  01-20-2026

Result (attach a copy of the court's opinion or order, if available):  Guilty finding.

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

Pending review by the Court's decision.

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Greviance process, PREA Report, Appeal of Greviance finding.

**GROUND TWO:**    (A) Harassment, Specific

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Wilmont claims harassment by Petitioner's person, when Camra footage will show otherwise as well as Det. Ames' report. From the Full Scale Investigation by him. Camra footage was not provided at the hearing.

(b) If you did not exhaust your state remedies on Ground Two, explain why: N/A.

(c)    **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: N/A

(d)    **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: N/A

Name and location of the court where the motion or petition was filed: MSP

Docket or case number (if you know): MSP-2026-0021.

AO 241 (Rev. 09/17)

Date of the court's decision: 01-20-2026.

Result (attach a copy of the court's opinion or order, if available): Guilty finding.

(3) Did you receive a hearing on your motion or petition?      ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state: N/A

Name and location of the court where the appeal was filed:

Docket or case number (if you know): MSP-2026-0021.

Date of the court's decision: 01-20-2026.

Result (attach a copy of the court's opinion or order, if available): Guilty finding

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A.

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : Request for Restoration of Credits.

**GROUND THREE:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c)  **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☐ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)  **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❒  Yes     ❒  No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❒  Yes     ❒  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?               ❐ Yes     ❐ No

(4) Did you appeal from the denial of your motion or petition?         ❐ Yes     ❐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ❐ Yes     ❐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

    (a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?    ☐ Yes    ☑ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:    Currently going thru exhaustion process.. And filing a State Habes Corpus.

    (b)    Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:    Pending outcome of the court's findings.

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    ☐ Yes    ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.    N|A.

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    ☐ Yes    ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.    N|A.

Page 13 of 16

AO 241 (Rev. 09/17)

16.  Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea: _____

(c) At trial: _____

(d) At sentencing: _____

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: _____

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      ☐ Yes   ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

N/A.

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?      ☐ Yes   ☑ No

18.  TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

I have sought the remedies in a timely fashion.

AO 241 (Rev. 09/17)

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

   (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

   (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

   (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

   (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Injuctionary relief, reverse of guilty finding, restoration of lost goodtime.

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 03/24/2026 (month, date, year).

Executed (signed) on 03/24/2026 (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____

Page 16 of 16